# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN HOOVER, | § § § | |
| Plaintiff, | § § | No.: 3:19-CV-250 |
| vs. | § § | *Jury Trial Demanded* |
| NORFOLK SOUTHERN RAILWAY COMPANY, | § § § § | |
| Defendant. | § § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), comes the Plaintiff, *Jonathan Hoover*, and by agreement with counsel for the Defendant, stipulates a dismissal of his action against the Defendant.

It is further understood and agreed by all parties that this Stipulation of Dismissal, dismisses this case against the Defendant with full prejudice, with each party to bear their own discretionary costs.

**ENTER** this __25th__ day of __January__, 2021.

s/ Thomas A. Varlan
_____
**The Honorable Thomas A. Varlan**
**United States District Court Judge**

1

**APPROVED FOR ENTRY:**

CHRIS CHRISTY LAW FIRM

/S/   Charles Edward Sorey, II, Esq.
***Attorney for Plaintiff***
1000 Highland Colony Park, Suite 5203
Ridgeland, Mississippi 39157
(601) 341-6929-Office
E-mail: eddysorey@gmail.com


BAKER, O'KANE, ATKINS & THOMPSON, PLLP

S/ John W. Baker, Jr., Esq., BPR #001261
Emily L. Herman-Thompson, Esq., BPR #021518
***Attorneys for Defendant***
2607 Kingston Pike, Suite 200
Post Office Box 1708
Knoxville, Tennessee 37901-1708
(865) 637-5600-Office
(865) 637-5608-Fax
E-Mail: jbaker@boatlf.com
E-Mail: ethompson@boatlf.com